JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MERAZ,<br><br>    Petitioner<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 2:15-cv-07404-JAK (KLS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Motion,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 3, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE